# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

Ajibola Oduntan
*Defendant*

MAGISTRATE JUDGE: José R. Almonte

CASE NO. 25-MJ-16133

DATE OF PROCEEDINGS: 8/11/2025

DATE OF ARREST: 8/9/2025

**PROCEEDINGS:** Rule 5 Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS, CHARGES & MAX PENALTIES
- [ ] ORDER OF DETENTION
- [✓] APPT. OF COUNSEL: [✓] AFPD   [ ] CJA
- [✓] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED
- [✓] OTHER: Brady and Padilla warning read into the record.
- (x) OTHER: Waived formal reading of the compliant.
- (x) OTHER: waived identity hearing.

- [ ] TEMPORARY COMMITMENT
- [✓] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:____

DATE:____
DATE:____
DATE:____
DATE:____
DATE:____

**APPEARANCES:**

AUSA: Ingrid Eicher

DEFT. COUNSEL: John Yauch

PROBATION:____

INTERPRETER____
   Language:____

TIME COMMENCED: 2:00 P.M.
TIME TERMINATED: 2:30 P.M.
CD NO: ECR

Alexus Wheeler
DEPUTY CLERK